IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL (E) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 03-3021 LRR |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) | 18 U.S.C. §§ 2251(a) and 2256(1), (2)(A) & (E), (3), (5) |
| ALLAN MUGAN, | ) ) | & (8)(A): Sexual Exploitation of a Child |
| Defendant. | ) ) | COUNT 2: |
| | ) ) | 18 U.S.C. § 2252A(a)(5)(B) and 2256(1), (2)(A) & (E), |
| | ) ) | (5) & (8)(A): Possession of Child Pornography |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Beginning in or after approximately February 2001, and continuing until sometime before April 3, 2003 in the Northern District of Iowa, defendant ALLAN MUGAN used a person under the age of eighteen to engage in sexually explicit conduct, specifically sexual intercourse and the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions stored by electronic means of such conduct, such visual depictions having been produced using a PRETEC COMPACTFLASH P/N ACAOO8-P memory stick, which had been transported in interstate and foreign commerce.

This in violation of Title 18, United States Code, Sections 2251(a) and 2256(1), (2)(A) & (E), (3), (5) & (8)(A).

## COUNT 2

On or about April 2, 2003, in the Northern District of Iowa, the defendant ALLAN MUGAN, knowingly possessed a PRETEC COMPACTFLASH P/N ACAOO8-P memory stick that contained visual depictions stored by electronic means of a minor engaged in sexually explicit conduct, specifically, sexual intercourse and the lascivious exhibition of the genitals and pubic area of said minor, that were produced using materials that had been shipped and transported in interstate and foreign commerce, namely, the PRETEC COMPACTFLASH P/N ACAOO8-P memory stick, which was manufactured outside the state of Iowa.

This in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2256(1), (2)(A) & (E), (5) & (8)(A).

A TRUE BILL

_William J. Durspek_
Grand Jury Foreperson

Presented by:

CHARLES W. LARSON, SR.
United States Attorney

By:

_Sean B._
SEAN R. BERRY
Assistant United States Attorney

2

JS 45 (10/02)

USP

# Criminal Case Cover Sheet          U.S. District Court

Indictment  X          Information _____      Complaint _____

Should matter be sealed?  X Yes  ☐ No

**Place of Offense/Search:** City:     County: Franklin     Central-E  X

**Related Case Information:**          Central-W _____

Superseding Indictment: ☐ Yes  X No    Docket Number: CR 03-3021 LRR

Same Defendant: ☐ Yes ☐ No    New Defendant: ☐ Yes ☐ No

Magistrate Judge Case No.:

Search Warrant Case Number:

R20/R40 from District of:      FBI 344718V1

         DCI 235913

**Defendant Information:**

Defendant Name: ALLAN MUGAN

Alias Name:

Address:

DOB: 9/19/60     SS#:     Marshal #:

Sex: Male     Race:     FBI #:

Interpreter:  X No  ☐ Yes  List Language and/or dialect:

Juvenile: ☐ Yes  X No  If Yes, Matter to be sealed: ☐ Yes ☐ No

**Defendant's Attorney:**

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____
☐ On Pretrial Release

Should a detainer be filed:  X No   ☐ Yes

**Complainant Agency/Agent:** Postal Inspector     **OCDETF #** WC IAN

**USC Citations:**

Total # of Counts:  2    ☐ Petty  ☐ Misdemeanor  X Felony

| | Index Key/Code | Description of Offense Charged |
|---|---|---|
| Count 1 | 18 U.S.C. § 2251 and 2256(1),(2)(A)&(E), (3),(5)&(8)(A) | Sexual Exploitation of a Child |
| Count 2 | 18 U.S.C. § 2252(a)(5)(B) | Possession of Child Pornography |

*handwritten notes:*
- Detention: exploitation (real child, prod, 15 age)
- Upon hearing of charges filed turning self in overseas think...
- No victim name in court - only daughter of...
- this name birth certif.
- No contact order, made contact via phone
- Threats to son, re info
- Pick up Demo - conduct inj => viol of norm threats to user

**Assistant U.S. Attorney:**     Julie

**Date:** 4/11/03     **Signature of AUSA:** _Sean B_

Case 3:03-cr-03021-CJW-MAR  Document 1  Filed 04/11/03  Page 3 of 3